**Order entered June 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Pursuant to this Court's order dated April 9, 2019, the trial court conducted a hearing on April 22nd and made written findings regarding the accuracy of the reporter's record. A reporter's record of the hearing was filed on May 17, 2019. A supplemental clerk's record with the trial court's findings was filed on June 11, 2019. The trial court found that there was no additional discussion, testimony, or statements made on or off the record after it wished the parties "[g]ood luck" and that the reporter's record is complete as originally submitted to this Court. We **ADOPT** the trial court's findings.

Before the Court is appellant's May 16, 2019 motion to extend time for review of the reporter's record of the April 22nd hearing. We **DENY** the motion.

Appellant shall file his brief **WITHIN THIRTY DAYS** of the date of this order.

/s/     BILL WHITEHILL
        JUSTICE